UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLACK AND WHITE ENTERTAINMENT, INC.,
d/b/a "RAH MUZIC" & "RAH RECORDS,"

        Plaintiff,

-against-

MARVEL ENTERTAINMENT, LLC;
COLUMBIA PICTURES INDUSTRIES, INC.;
SONY PICTURES ENTERTAINMENT INC.;
SONY PICTURES RELEASING
CORPORATION; SONY PICTURES HOME
ENTERTAINMENT INC., and TENCENT
PICTURES (USA) LLC,

        Defendants.

---

Case No. 20-cv-08384

Hon. J. Paul Oetken

**NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case on behalf of Defendants Marvel Entertainment, LLC, Columbia Pictures Industries, Inc., Sony Pictures Entertainment Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Tencent Pictures (USA) LLC.

Dated:  New York, New York
         December 15, 2020

                          LOEB & LOEB LLP

                          By:  */s/ Nathalie Russell*
                                Nathalie Russell
                                345 Park Avenue
                                New York, New York 10154-1895
                                (212) 407-4000

                          *Attorneys for Defendants*

19968925.1
208491-10011