UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK AND WHITE ENTERTAINMENT, INC., <br>                                             Plaintiff, <br> -v- <br> MARVEL ENTERTAINMENT, LLC, ET AL., <br>                                           Defendants. | 20-CV-8384 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

The Court has considered the request to substitute counsel for Plaintiff filed by Matthew Francis Schwartz and Brian Seth Levenson of Schwartz, Ponterio & Levenson, PLLC (Dkt. No. 76). New counsel for the Plaintiff is David Lawrence Feige of Giskan, Solotaroff & Anderson LLP. Finding good cause, the Court GRANTS the request to substitute counsel for Plaintiff.

The Clerk of Court is respectfully directed to terminate Mr. Schwartz and Mr. Levenson as Plaintiff's counsel.

SO ORDERED.

Dated: February 4, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge